Guinness Ohazuruike, Esq.
Nevada Bar No. 11231
Guinness Law Firm, LLC
611 S. Sixth Street, # 120
Las Vegas, NV 89101
Tel: (702) 586-5653
Fax: (702) 583-5549

Attorney for Plaintiff, Pia Marie T. Cordero Aloua

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PIA MARIE T. CORDERO-ALOUA, | Case No.: 2:09-CV-00207-KJD-RJJ |
| Plaintiff, | Hon: KENT J. DAWSON |
| vs. | Mag: ROBERT J. JOHNSTON |
| AURORA LOAN SERVICES, LLC; LEHMAN BROTHERS BANK, FSB; QUALITY LOAN SERVICE, CORPORATION, DOES 1-X, inclusive, | **STIPULATION TO DISMISS AURORA LOAN SERVICES, LLC; AURORA BANK, FSB; AND QUALITY LOAN SERVICE CORPORATION WITH PREJUDICE** |
| Defendants. | |

### STIPULATION TO DISMISS AURORA LOAN SERVICES, LLC; AURORA BANK, FSB; AND QUALITY LOAN SERVICE CORP.

The dispute between Plaintiff, Pia Marie T. Cordero-Aloua, and Defendants, Aurora Loan Services, LLC; Aurora Bank, FSB erroneously sued as Lehman Brothers Bank, FSB; and Quality Loan Service Corporation ("Defendants") has been resolved.

**IT IS HEREBY STIPULATED** between Pia Marie T. Cordero-Aloua and Defendants, that Aurora Loan Services, LLC; Aurora Bank FSB erroneously sued as Lehman Brothers Bank, FSB; and Quality Loan Service Corporation shall be

dismissed with prejudice from the instant action and that each side shall bear their own costs and attorney fees.

| | |
|---|---|
| Date: November 1, 2010 | HOUSER & ALLISON, APC |
| | |
| | /s/ Jeffrey S. Allison |
| | Jeffrey S. Allison |
| | Attorney for Defendants Aurora Loan Services, LLC and Aurora Bank FSB erroneously sued as Lehman Brother Bank, FSB |
| | |
| Date: October 25th, 2010 | McCARTHY & HOLTHUS, LLP |
| | |
| | /s/ Kristin A. Schuler-Hintz |
| | Kristin A. Schuler-Hintz |
| | Attorney for Defendants Quality Loan Service Corporation |
| | |
| Date: October 25th, 2010 | GUINNESS LAW FIRM, LLC |
| | |
| | /s/ Guinness Ohazuruike |
| | Guinness Ohazuruike |
| | Attorney for Plaintiff Pia Marie T. Cordero Aloua |

IT IS SO ORDERED.
DATED: November 5, 2010

_____
UNITED STATES DISTRICT JUDGE

**STIPULATION TO DISMISS WITH PREJUDICE**

2